UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BABU NATHU DHAMELIA,

                Plaintiff,

-against-

BUREAU OF PRISONS, et al.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
06-CV- 2937 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ MAY 7 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 7, 2007, granting the defendants' motion to dismiss; and dismissing the complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the defendants' motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, New York
       May 07, 2007

                                                s/ RCH
                                          ROBERT C. HEINEMANN
                                          Clerk of Court